No. 03–5241. WHITFIELD v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–5242. SUMNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 03–5243. ROBINSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 03–5244. BUSH v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–5245. JOHNSON v. TEPPER. C. A. 5th Cir. Certiorari denied. 

No. 03–5246. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–5247. BARFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–5248. SMITH v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–5249. HAWTHONE v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 03–5250. HAMPTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–5251. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 03–5253. PEACOCK v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 03–5255. BROOKS v. MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES ET AL. C. A. 4th Cir. Certiorari denied. 

No. 03–5256. DUCKWORTH v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 03–5257. BEACHEM v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.